```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LI WANG,                                :
                                        :
                      Plaintiff,        :      24cv7781 (DLC)
            -v-                         :
                                        :         ORDER
HAITOU GLOBAL (CAYMAN) INC., et al.,    :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 29, 2024 defendant Haitou Global (Cayman) Inc. ("Haitou Global") filed a motion to compel plaintiff Li Wang to arbitrate the claims filed against Haitou Global and to stay the case pending arbitration pursuant to 9 U.S.C. § 4. Together with defendant Haitou Global's motion to compel arbitration, defendants Hi2 GP LLC ("Hi2 GP"), Hi2 Investment Management, LLC ("Hi2 Investment"), and Jinlong (Jerry) Wang (collectively, "Hi2 Defendants") filed a motion to stay the case pending arbitration of the claims plaintiff asserts against Haitou Global.

ORDERED that any opposition to Haitou Global's motion to compel arbitration and the Hi2 Defendants' motion to stay by **December 20, 2024**. The reply, if any, shall be filed by **January 10, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, pursuant to Rule 5(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **December 20, 2024,** a letter no longer than two pages explaining the basis for her belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for December 19, 2024 is adjourned <u>sine die</u>.

Dated:   New York, New York
         December 2, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge