```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LI WANG,                                :
                                        :
                          Plaintiff,    :      24cv7781 (DLC)
              -v-                       :
                                        :           ORDER
HAITOU GLOBAL (CAYMAN) INC., et al.,    :
                                        :
                          Defendants.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 29, 2024 defendant Haitou Global (Cayman) Inc. ("Haitou Global") filed a motion to compel plaintiff Li Wang to arbitrate the claims filed against Haitou Global and to stay the case pending arbitration pursuant to 9 U.S.C. § 4. Together with defendant Haitou Global's motion to compel arbitration, defendants Hi2 GP LLC ("Hi2 GP"), Hi2 Investment Management, LLC ("Hi2 Investment"), and Jinlong (Jerry) Wang (collectively, "Hi2 Defendants") filed a motion to stay the case pending arbitration of the claims plaintiff asserts against Haitou Global. An Order of December 2 set a briefing schedule on Haitou Global's motion to compel arbitration and the Hi2 Defendants' motion to stay.

On December 20, plaintiff filed opposition to both motions and, in the alternative, cross-moved to compel arbitration against all defendants pursuant to 9 U.S.C. § 4. It is hereby

ORDERED that any opposition to plaintiff's cross-motion to compel arbitration shall be filed by **January 10, 2025.** Plaintiff's reply, if any, shall be filed by **January 17, 2025.**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 20, 2024

_____
DENISE COTE
United States District Judge

2