```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LI WANG,                                 :
                                         :
                         Plaintiff,      :    24cv7781 (DLC)
              -v-                        :
                                         :        ORDER
HAITOU GLOBAL (CAYMAN) INC., et al.,     :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order of February 25, 2025 granted Haitou Global's motion to compel arbitration and stayed the plaintiff's remaining claims in this action pending the outcome of the arbitration proceedings. Accordingly, it is hereby

ORDERED that the parties shall submit a joint status report by December 1, 2025.

Dated:    New York, New York
          February 26, 2025

                                  _____
                                           DENISE COTE
                                  United States District Judge