UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
LI WANG,                                  :
                                          :
                         Plaintiff,       :       24cv7781 (DLC)
            -v-                           :
                                          :          ORDER
HAITOU GLOBAL (CAYMAN) INC., et al.,      :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

An Opinion of March 3, 2026 granted plaintiff's motion to

lift the stay pending arbitration against the Carloha Defendants

for the limited purpose of enforcing a stipulated judgment

against them.  On May 5, 2026, plaintiff filed a letter motion

requesting that the Court lift the stay pending arbitration

against the remaining defendants due to Haitou Global (Cayman)

Inc.'s abandonment of the arbitration.  It is hereby

ORDERED that the parties shall appear for a conference on

**May 14** at **11:00 A.M.** in Courtroom 18B, United States Courthouse,

500 Pearl Street, New York, New York.  As corporate entities

must be represented by an attorney in federal court, failure to

appear through an attorney may result in the entry of a default

judgment against that party.

Dated:      New York, New York
            May 6, 2026

                                   _____
                                        DENISE COTE
                                  United States District Judge