UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LI WANG,                            :
                                    :
                    Plaintiff,      :         24cv7781 (DLC)
          -v-                       :
                                    :         ORDER
HAITOU GLOBAL (CAYMAN) INC., et al.,:
                                    :
                    Defendants.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

     An Opinion of March 3, 2026 granted plaintiff's motion to
lift the stay pending arbitration against the Carloha Defendants
for the limited purpose of enforcing a stipulated judgment
against them.  On May 5, plaintiff filed a letter motion
requesting that the Court lift the stay pending arbitration
against the remaining defendants due to Haitou Global (Cayman)
Inc.'s abandonment of the arbitration.  An Order of May 6
ordered the parties to appear for a conference regarding the
letter motion on May 14 at 11:00 a.m. and reminded the
defendants that because corporate entities must be represented
by an attorney in federal court, failure to appear through an
attorney may result in the entry of a default judgment against
that party.

     On May 11, 2026, Angus F. Ni and Serena Yue Yang of Morrow
Ni LLP moved to withdraw as attorneys of record for the

remaining defendants, including the three corporate entities Haitou Global (Cayman) Inc., Hi2 GP LLC, and Hi2 Investment Management LLC, and to adjourn the May 14 conference while defendants seek new representation.  "[A] limited liability company . . . may appear in federal court only through a licensed attorney."  Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007).  Accordingly, it is hereby

ORDERED that the May 5 letter motion to lift the stay pending arbitration against the remaining defendants is granted.

IT IS FURTHER ORDERED that the May 11 motion to withdraw as counsel is granted.

IT IS FURTHER ORDERED that the remaining defendants, Haitou Global (Cayman) Inc., Hi2 GP LLC, Hi2 Investment Management LLC, and Jinlong Wang, shall file an answer or other responsive motion by **May 29, 2026**.  Failure to do so may result in entry of an order of default.

IT IS FURTHER ORDERED that the May 14 conference is adjourned to **June 4, 2026** at **4:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, to the extent Jinlong Wang wishes to proceed pro se in these actions, he shall complete a Notice of Pro Se Appearance form and submit it by email or mail to the Pro Se Office by **May 25, 2026**.  Jinlong Wang may obtain the Notice of Pro Se Appearance by contacting the Pro Se Intake

2

Unit or by visiting the Court website's Pro Se page and selecting "Forms, Instructions, & Manuals": https://www.nysd.uscourts.gov/prose.  Copies of the Notice of Pro Se Appearance form and the Consent to Electronic Service form for pro se cases are attached to this Order.

IT IS FURTHER ORDERED that Jinlong Wang must mail or email any communications with the Court to the Pro Se Intake Unit. Instructions for email communication may be found at: https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf. Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007.  The telephone number for the Pro Se Intake Unit is (212) 805-0175. A pro se party may not send any document or filing directly to Chambers.  Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system.  Copies of correspondence between a pro se party and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that Jinlong Wang may contact the Federal Pro Se Legal Assistance Project (the "Clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers.  The Clinic is run by a private organization called the City Bar Justice Center; it is not part

3

of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). To receive limited-scope assistance from the Clinic, parties may complete the Clinic's intake form on their computer or phone at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project. If the parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 382-4794.

IT IS FURTHER ORDERED that Angus F. Ni and Serena Yue Yang of Morrow Ni LLP shall promptly serve a copy of this Order upon the defendants and file an affidavit of service on the docket.

Dated:     New York, New York
           May 11, 2026

_____
DENISE COTE
United States District Judge

4