UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 LI WANG,                               :
                                        :
                    Plaintiff,          :        24cv7781 (DLC)
              -v-                       :
                                        :             ORDER
 HAITOU GLOBAL (CAYMAN) INC., et al.,   :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On June 12, 2026, four defendants, Haitou Global (Cayman) Inc., Hi2 GP LLC, Hi2 Investment Management LLC, and Jinlong Wang, filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **July 6, 2026.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **July 6, 2026.**  Defendants' reply, if any, shall be filed by **July 20.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 2, 2026 is adjourned sine die.

Dated:    New York, New York
          June 15, 2026

_____
DENISE COTE
United States District Judge

2