UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LI WANG,

Plaintiff,

-v-

HAITOU GLOBAL (CAYMAN) INC., et al.,

Defendants.

24cv7781 (DLC)

ORDER

DENISE COTE, District Judge:

On June 12, 2026, four defendants, Haitou Global (Cayman) Inc., Hi2 GP LLC, Hi2 Investment Management LLC, and Jinlong Wang, filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of June 15 directed the plaintiff to file any amended complaint by July 6, and alerted the plaintiff that she would likely not have another opportunity to amend. The plaintiff filed a first amended complaint on July 7. Accordingly, it is hereby

ORDERED that the defendants' June 12 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **July 31, 2026**
- Opposition served by **August 14, 2026**
- Reply served by **August 21, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 7, 2026

DENISE COTE
United States District Judge