UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LI WANG,

Plaintiff,

-v-

HAITOU GLOBAL (CAYMAN) INC., et al.,

Defendants.

---

24cv7781 (DLC)

ORDER

DENISE COTE, District Judge:

For the reasons stated on the record during the July 10, 2026 conference, it is hereby

ORDERED that defense counsel for Liang Long and Carloha, Inc. shall confirm to plaintiff's counsel, no later than **Monday, July 13, 2026**, whether she is authorized to accept service of process on behalf of Liang Long. In the event Mr. Long requires personal service, defense counsel shall provide the address of Mr. Long's personal residence to plaintiff's counsel.

Dated: New York, New York
July 10, 2026

DENISE COTE
United States District Judge