UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LI WANG,

Plaintiff,

-v-

HAITOU GLOBAL (CAYMAN) INC., et al.,

Defendants.

24cv7781 (DLC)

ORDER

DENISE COTE, District Judge:

For the reasons stated on the record during the July 17, 2026 conference, it is hereby

ORDERED that plaintiff's counsel is authorized to serve defendant Liang Long in his personal capacity through the following three alternative methods of service: (1) email to his counsel's email address, (2) email to Mr. Long's own email address, and (3) registered mail to Mr. Long's home address. Under the circumstances, these alternative means of service are reasonably calculated to apprise Mr. Long of plaintiff's subpoenas.

Dated: New York, New York
July 17, 2026

DENISE COTE
United States District Judge