Case 1:24-cv-07781-DLC Document 88 Filed 07/28/26 Page 1 of 2

**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

Bianca Lin
Direct: 212.616.7058
blin@abv.com

July 28, 2026

**BY ECF**

The conference is cancelled.
Denise Cote
7/28/26

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18B
New York, New York 10007

*Li Wang v. Haitou Global (Cayman) Inc., et al.*
(Civil Action No. 24-cv-07781 (SDNY) (DLC))

Dear Judge Cote:

Plaintiff Li Wang and Judgment Debtor Liang Long jointly submit this letter pursuant to the Court's July 24, 2026 Order [Dkt. No. 87] directing their counsel to meet and confer regarding the scope of Mr. Long's document production and a mutually agreeable schedule for his production and deposition, and to notify the Court by joint letter if an agreement is reached.

Counsel for Plaintiff and Mr. Long have conferred and reached agreement on the following schedule: (1) Mr. Long will respond to the Information Subpoena and Subpoena Duces Tecum and complete his document production by August 7, 2026, and (2) the deposition of Mr. Long, individually and as the corporate representative of Carloha Inc., will take place on August 19, 2026.

With respect to the scope of production, Mr. Long and his counsel are still reviewing the subpoenas and will timely raise any issues regarding scope with Plaintiff's counsel, and in no event later than August 7, 2026.

In light of this agreement, the parties respectfully submit that the conference currently scheduled for July 29, 2026 at 11:30 a.m. is unnecessary at this time, and thank the Court for its attention to this matter.

[SIGNATURE PAGE TO FOLLOW]

ABV Allegaert Berger & Vogel LLP



Respectfully submitted,

*/s/Bianca Lin*

Bianca Lin

cc: All Counsel of Record (via ECF)