UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LI WANG,<br><br>Plaintiff,<br><br>-v-<br><br>HAITOU GLOBAL (CAYMAN) INC., et al.,<br><br>Defendants. | 24cv7781 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

An Order of July 24, 2026 required counsel for third-party Cordelia Li, Mingli Chen, to advise plaintiff's counsel no later than July 29, 2026 of the date that Ms. Li will return to the United States and propose a date for a deposition within five business days of her return. The Order also required that document production be made at least 48 hours prior to the scheduled deposition.

In a letter dated August 3, 2026, plaintiff's counsel stated that Mr. Chen advised plaintiff's counsel on July 29 that Ms. Li had returned to the United States. Accordingly, it is hereby

ORDERED that, pursuant to the July 24 Order, Ms. Li's deposition shall occur no later than **August 5, 2026** and the required documents shall be produced by today, **August 3,** unless

plaintiff and Ms. Li confer and agree upon on another schedule.

Dated: New York, New York
August 3, 2026

DENISE COTE
United States District Judge