USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 8/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LI WANG,

Plaintiff,

-against-

HAITOU GLOBAL (CAYMAN) INC., et al.,

Defendants.
-----------------------------------------------------------------X

**24-CV-7781 (DLC) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 12, 2026, counsel for Plaintiff, non-party Cordelia Li, and Ms. Li's counsel appeared before the undersigned for a Case Management Conference concerning Plaintiff's pending letter motion to compel at ECF No. 95, which has been referred to the undersigned. As set forth more fully on the record:

Ms. Li and her counsel are **ORDERED** to begin producing responsive documents that Ms. Li's counsel represented are already in his possession by no later than **5:00 p.m. on Thursday, August 13, 2026**.

The deadline for the completion of the production of *all* documents requested by Plaintiff's counsel is **5:00 p.m. on Monday, August 24, 2026**. By that date and time, Ms. Li must have produced, among other responsive materials: (1) financial records from each of the three banks identified on the record; (2) documents concerning each of the three properties identified on the record (including alleged recent transfers of ownership); and (3) documents concerning any other assets. To the extent responsive documents are held by Ms. Li's banks, accountants, brokerage firms or brokers, or attorneys, Ms. Li has an obligation to obtain such records as they are within her possession, custody, or control. To ensure compliance with this

deadline, Ms. Li is directed to remain actively engaged in collecting documents responsive to Plaintiff's requests.

Further, to the extent Plaintiff has served an information subpoena, interrogatories, or other written requests for information on Ms. Li, she is **ORDERED** to provide Plaintiff with complete and detailed responses by **5:00 p.m. on Monday, August 24, 2026**.

Finally, the Court has set a date certain for Ms. Li's deposition. The deposition shall take place on **Tuesday, September 8, 2026, at 10:00 a.m.**, at Plaintiff's counsel's Manhattan office. Plaintiff shall arrange for a qualified Mandarin-language interpreter to be present at the deposition.

The above schedule will not be modified except upon a showing of good cause pursuant to Federal Rule of Civil Procedure 16(b)(4). Any changes to the above deadlines may only be made by application to and approval by this Court. If a medical issue affects someone's ability to comply with any deadline, that issue must be promptly brought to the Court's attention and supported by medical documentation. However, the Court does not expect confidential medical information to be filed publicly. If supporting medical documentation, including a physician's note, is necessary, the party or non-party may request permission to file that material under seal.

A failure to comply with the above deadlines may result in the issuance of sanctions pursuant to Federal Rule of Civil Procedure 37(b).

Plaintiff and Ms. Li are expected to follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker. Specifically, the parties are expected to meet and confer in good faith prior to seeking Court intervention.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 95.**

**SO ORDERED.**

DATED: New York, New York
August 12, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge