USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

LI WANG,

Plaintiff,

-against-

HAITOU GLOBAL (CAYMAN) INC., et al.,

Defendants.

-----------------------------------------------------------------X

**24-CV-7781 (DLC) (KHP)**

**SHOW CAUSE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of a letter motion from Plaintiff indicating that non-party Cordelia Li has failed to comply with the Court's Order at ECF No. 102. Specifically, Plaintiff represents that Ms. Li's productions were untimely and materially incomplete. That is, she failed to produce the specifically ordered bank, accountant, property, and other asset records, and her counsel could not provide a date by which the deficiencies would be cured. The Court was exceedingly clear both on the record and in its Order that the production deadlines could not be modified except by Court Order and that a failure to comply with the Court's Order may result in sanctions. Accordingly, Ms. Li is ordered to show cause why sanctions should not be imposed under Rule 37 of the Federal Rules of Civil Procedure. Such showing shall be made by a filing on or before **September 11, 2026**.

Failure to timely respond to this order to show cause may by itself result in sanctions for failure to comply with a Court order.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 112.**

**SO ORDERED.**

DATED: New York, New York
August 28, 2026

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge