UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LI WANG, Plaintiff, -v- HAITOU GLOBAL (CAYMAN) INC., et al., Defendants. | : | 24cv7781 (DLC) ORDER |

DENISE COTE, District Judge:

On November 5, 2025, defendants Carloha Inc. and Liang Long ("Defendants") settled the claims brought against them by the plaintiff. Defendants have not paid the settlement amount and the plaintiff has unsuccessfully pursued discovery of the Defendants in an effort to enforce the settlement agreement. Recently, in a letter of August 27, 2026, the plaintiff requested that the Defendants be held in contempt for Long's failure to appear for a deposition. An Order of August 27 required Long and his counsel to appear for a conference with the Court today to respond to that application. Defense counsel, who had asked on August 25 to be relieved from representing the Defendants, appeared but Long did not.

Long has failed to comply with the plaintiff's discovery demands and with at least two Orders of this Court. After Long failed to attend his scheduled deposition on August 19, an Order of August 20 required Long to appear for a deposition on or

before August 28. Defense counsel scheduled that deposition for August 26, but Long did not appear. An August 27 Order required Long to appear in Court today to respond to the request that Defendants be held in contempt, but Long did not do so. Long's counsel gave him notice of both the August 20 and 27 Orders, but Long has ceased responding to his counsel's communications. For the reasons stated today on the record, it is hereby

ORDERED that Sylvia Tsai's motion to withdraw as counsel for Defendants is granted.

IT IS FURTHER ORDERED that Long shall contact and confer with plaintiff's counsel, David Adam Berger or Bianca Lin of Allegaert Berger & Vogel LLP, on or before **September 10, 2026**, to schedule his deposition.

IT IS FURTHER ORDERED that Long shall arrange with plaintiff's counsel on or before September 10 to be deposed by the plaintiff no later than **September 18, 2026**, unless he shows good cause on or before September 10 why his deposition cannot be held on or before September 18. If Long shows good cause, Long must agree to be deposed on a date within a reasonable period of time after September 18.

IT IS FURTHER ORDERED that Long's failure to obey this Order will result in a finding that he is in contempt and, lesser sanctions being inadequate, a warrant will be issued for Long's arrest.

IT IS FURTHER ORDERED that Long may purge his contempt by producing the documents requested by the plaintiff in post-settlement discovery and submitting to a deposition by the plaintiff.

IT IS FURTHER ORDERED that plaintiff's counsel shall serve this Order on the Defendants through the means identified on the record at the September 4 conference and file an affidavit of service.

Dated: New York, New York
September 4, 2026

DENISE COTE
United States District Judge