UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LI WANG,

Plaintiff,

-v-

HAITOU GLOBAL (CAYMAN) INC., et al.,

Defendants.

---

24cv7781 (DLC)

ORDER

DENISE COTE, District Judge:

An August 10, 2026 Order referred an August 10 motion to compel third-party Cordelia Li's deposition and production of documents to Magistrate Judge Katharine Parker. On October 16, the plaintiff moved for sanctions against Cordelia Li and her counsel, Mingli Chen, and to hold Ms. Li in civil contempt for failure to comply with court-ordered post-judgment discovery. Accordingly, it is hereby

ORDERED that the plaintiff's October 16 motion for sanctions and civil contempt is referred to Judge Parker to certify the facts relevant to the issue of civil contempt and to issue a Report and Recommendation.

Dated: New York, New York
November 17, 2026

DENISE COTE
United States District Judge